late Division, Second Department. October 8, 1909.) Action by Warren K. Haviland, as president of the fire department of the town of Newtown, against the City of New York. No opinion. Judgment affirmed, with costs.

HAWKEY et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Henry T. Hawkey and Simon J. Kelder, copartners, etc., against Frank E. Smith. No opinion. Judgment affirmed, with costs.

HAWKINS v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Charles Hawkins against the International Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

SPRING, J., not sitting.

HAZELWOOD, Respondent, v. McCARTHY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Edgar H. Hazelwood against John F. McCarthy and others. No opinion. Appeal withdrawn in open court on payment of costs.

HEALY et al. v. JACOBS et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Frank Healy and another against Charles Jacobs and another. No opinion. Motions granted, with $10 costs to each respondent. Order filed.

HEBBERD, Com'r, Respondent, v. THOMANN, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Robert W. Hebberd, as commissioner, against Gallus Thomann. H. S. Gans, for appellant. T. Connoly, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

HEFNER, Appellant, v. REINFORCED CEMENT CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Joseph Hefner, Jr., against the Reinforced Cement Construction Company. No opinion. Appeal dismissed by default, with costs.

HEFNER, Appellant, v. REINFORCED CEMENT CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Joseph Hefner against the Reinforced Cement Construction Company. No opinion. Motion granted, on payment of $20 costs within 10 days, such costs to be paid by the attorney personally, and not to be charged by him against his client at any time.

HEIBERGER et al., Respondents, v. KARFIOL, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Sophia Heiberger and others, as executors, etc., of William Heiberger, deceased, against Benzion Karfiol. No opinion. Judgment affirmed, with costs.

HEILEMAN, Appellant, v. CLEVELAND, C., C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Henry Heileman against the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company. C. S. Simpkins, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HEMLOCK STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of acquiring title by the City of New York to certain lands, etc., beginning at Hemlock street, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HEMMERICH, Appellant, v. UNION DIME SAVINGS INST., Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Anna Hemmerich against the Union Dime Savings Institution. H. A. Gordon, for appellant. C. N. Bovee, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HENNESSY, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by James Hennessy against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

HENRY, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Julia Henry against Griffith M. Jones.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., dissents, and votes for affirmance. ROBSON, J., dissents, and votes for reversal.

HENSON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Eva Henson, as administratrix, against the Lehigh Valley Railroad Company.

PER CURIAM. Order modified, by requiring the plaintiff to pay, in addition to the amount of costs awarded at the Special Term, costs in